Kenneth P. Green, SBN 24036677
kgreen@snowspencelaw.com
Aaron M. Guerrero, SBN 24050698
aaronguerrero@snowspencelaw.com
Carolyn Carollo, SBN 24083437
carolyncarollo@snowspencelaw.com
Bryan Prentice, SBN 24099787
bryanprentice@snowspencelaw.com
SNOW SPENCE GREEN LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019
Telephone: 713-335-4800
Facsimile: 713-335-4848

Erik LeRoy
erik@alaskanbankruptcy.com
ERIK LEROY, P.C.
500 L Street, Suite 302
Anchorage, AK 99501
Telephone: 907-277-2006

Attorneys for Charles Gebhardt,
Trustee for the Miller Energy Resources Creditors' Liquidation Trust

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Cook Inlet Energy, LLC, et al.[1] | § | Case No. 15-00236 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| Charles Gebhardt, Trustee for the Miller Energy Resources Creditors' Liquidation Trust | § § § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 17-90028 |
| | § | |
| Ryder Scott Company Limited Partnership, | § | |
| Defendant. | § | |

### STIPULATION EXTENDING THE ANSWER OR OTHER RESPONSIVE PLEADING DEADLINE OF RYDER SCOTT COMPANY LIMITED PARTNERSHIP

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908).

The parties to the above-captioned Adversary Proceeding (the "Adversary Proceeding"), by and through their undersigned counsel, hereby stipulate and agree as follows:

(1) Ryder Scott Company Limited Partnership ("Defendant") shall have until June 30, 2017, to file an answer or other responsive pleading to the Complaint of Charles Gebhardt, Trustee for the Miller Energy Resources Creditors' Liquidation Trust, in this Adversary Proceeding.

**AGREED:**

By: /s/ Aaron M. Guerrero
Kenneth Green, SBN 24036677
kgreen@snowspencelaw.com
Aaron M. Guerrero, SBN 24050698
aaronguerrero@snowspencelaw.com
Carolyn Carollo, SBN 24083437
carolyncarollo@snowspencelaw.com
Bryan Prentice, SBN 24099787
bryanprentice@snowspencelaw.com
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX  77019
(713) 335-4800
(713) 335-4848 fax

**ATTORNEYS FOR CHARLES GEBHARDT,
TRUSTEE FOR THE MILLER ENERGY RESOURCES
CREDITORS' LIQUIDATION TRUST**

*and*

**PORTER HEDGES**

By: /s/
Aaron J. Power, SBN 24058058
apower@porterhedges.com
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6631

**ATTORNEYS FOR RYDER SCOTT LIMITED PARTNERSHIP**

6132782v1