Kenneth P. Green, SBN 24036677
kgreen@snowspencelaw.com
Aaron M. Guerrero, SBN 24050698
aaronguerrero@snowspencelaw.com
Carolyn Carollo, SBN 24083437
carolyncarollo@snowspencelaw.com
Bryan Prentice, SBN 24099787
bryanprentice@snowspencelaw.com
SNOW SPENCE GREEN LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019
Telephone: 713-335-4800
Facsimile: 713-335-4848

Erik LeRoy
erik@alaskanbankruptcy.com
ERIK LEROY, P.C.
500 L Street, Suite 302
Anchorage, AK 99501
Telephone: 907-277-2006

Attorneys for Charles Gebhardt,
Trustee for the Miller Energy Resources Creditors' Liquidation Trust

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Cook Inlet Energy, LLC, et al.[1] | § | Case No. 15-00236 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| Charles Gebhardt, Trustee for the Miller Energy Resources Creditors' Liquidation Trust | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 17-90028 |
| | § | |
| Ryder Scott Company Limited Partnership, | § | |
| Defendant. | § | |

## STIPULATION AND ORDER RESOLVING TRUSTEE'S OBJECTION TO CLAIMS OF RYDER SCOTT COMPANY LIMITED PARTNERSHIP
[Related to Doc. No. 674 in Case No. 15-00236]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908).

1

WHEREAS, Debtor, Debtor, Cook Inlet Energy, LLC, scheduled Creditor's Claim in the amount of $33,243.42 (the "Ryder Scott Claim").

WHEREAS, the Trustee filed Trustee's Objection to Claims of Ryder Scott Company, LP [Doc No. 674 in Case No. 15-00236] (the "Claim Objection").

WHEREAS, the Trustee filed adversary proceeding no. 17-90028; *Charles Gebhardt, Trustee of the Miller Energy Resources Creditors' Liquidation Trust v. Ryder Scott Company Limited Partnership*; in the United States Bankruptcy Court for the District of Alaska, Anchorage Division (the "Adversary Proceeding");

WHEREAS, the Trustee filed objections [Doc. Nos. 674] (the "Claim Objection") to the Subject Claim asserting it should be disallowed under Section 502(d) of the Bankruptcy Code on account of transfers (the "Subject Transfers") made by the Debtors to Ryder Scott Company Limited Partnership ("Ryder Scott") during the ninety (90) days preceding CIE's involuntary petition date;

WHEREAS, the Trustee filed adversary proceeding no. 17-90028; *Charles Gebhardt, Trustee of the Miller Energy Resources Creditors' Liquidation Trust v. Ryder Scott Company Limited Partnership*; in the United States Bankruptcy Court for the District of Alaska, Anchorage Division (the "Adversary Proceeding") to avoid and recover the Subject Transfers;

WHEREAS, the Court has abated the Claim Objection until further notice of the Court [Doc. No. 994]; and

WHEREAS, Ryder Scott and Trustee have discussed the issues presented by the Claim Objection and the Adversary Proceeding and have decided to settle their dispute whereby Ryder Scott has: (1) paid the agreed-upon settlement amount; (2) waived and released any and all claims and causes of action, whether known or unknown, anticipated or unanticipated, suspected

2

or unsuspected, absolute, fixed, conditional or contingent, matured or unmatured, liquidated or unliquidated amounts, due or to become due, and whether arising from contract, tort or otherwise, against the Trustee, the Miller Energy Resources Creditors' Liquidation Trust, and the Trustee's professionals; and (3) agreed and acknowledged that Ryder Scott will not receive any distributions from the Trustee or the Miller Energy Resources Creditors' Liquidation Trust.

Based on the foregoing stipulations of the parties, it is ORDERED that:

1. The Subject Claims are hereby disallowed and expunged in their entirety.

2. Ryder Scott shall not receive any distributions from the Trustee or the Miller Energy Resources Creditors' Liquidation Trust.

Signed on this ____ day of _____, 2017.

_____
GARY SPRAKER
United States Bankruptcy Judge

3

**AGREED AS TO FORM
AND SUBSTANCE:**

By: /s/ *Aaron M. Guerrero*
    Kenneth Green, SBN 24036677
    kgreen@snowspencelaw.com
    Aaron M. Guerrero, SBN 24050698
    aaronguerrero@snowspencelaw.com
    Carolyn Carollo, SBN 24083437
    carolyncarollo@snowspencelaw.com
    Bryan Prentice, SBN 24099787
    bryanprentice@snowspencelaw.com
    Snow Spence Green LLP
    2929 Allen Parkway, Suite 2800
    Houston, TX  77019
    (713) 335-4800
    (713) 335-4848 fax

    **ATTORNEYS FOR CHARLES GEBHARDT,
    TRUSTEE FOR THE MILLER ENERGY RESOURCES
    CREDITORS' LIQUIDATION TRUST**

*and*

   **PORTER HEDGES**

By: _____
    Joshua W. Wolfshohl, SBN 24038592
    jwolfshohl@porterhedges.com
    Amy T. Geise
    ageise@porterhedges.com
    1000 Main Street, 36th Floor
    Houston, TX  77002
    (713) 226-6721

    **ATTORNEYS FOR RYDER SCOTT LIMITED PARTNERSHIP**