# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>COOK INLET ENERGY, LLC, et. al.,[1]<br><br>　　　　Debtors. | Case No. A15-00236-GS<br>Chapter 11 |
| Charles Gebhardt, Trustee for the Miller Energy Resources Creditors' Liquidation Trust,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ryder Scott Company Limited Partnership,<br><br>　　　　Defendant. | Adversary No. A17-90028-GS |

## ORDER RESOLVING TRUSTEE'S OBJECTION TO CLAIMS AND NOTICE OF INTENT TO DISMISS ADVERSARY CASE

Trustee Charles Gebhardt, plaintiff herein, filed Trustee's Objection to Claims of Ryder Scott Company, LP, on July 25, 2016 in Main Case No. A15-00236-GS (ECF No. 674), and subsequently initiated this adversary proceeding, which seeks to avoid and recover preferential transfers, on March 29, 2017. The trustee and Ryder Scott Company have now filed a Stipulation and Order [sic] Resolving Trustee's Objection to Claims of Ryder Scott Company Limited Partnership [Related to Doc. No. 674 in Case No. 15-00236](ECF No. 4). Having reviewed the Stipulation, and good cause appearing,

**IT IS ORDERED**:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908).

1)       The subject claims are hereby disallowed and expunged in their entirety.

2)       Ryder Scott shall not receive any distributions from the Trustee or the Miller Energy Resources Creditors' Liquidation Trust.

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN**, that this adversary proceeding shall be dismissed with prejudice, each party to bear its own attorney's fees and costs, unless an objection to dismissal is filed within 14 days of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk shall enter a copy of this Order in Main Case No. A15-00236-GS.

Dated:   June 8, 2017

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  Aaron Guerrero, Esq.
Joshua Wolfshohl, Esq., Porter Hedges, 1000 Main St., 36th Floor, Houston, TX  77002
Amy Giese, Esq., Porter Hedges, 1000 Main St., 36th Floor, Houston, TX  77002
Case Manager
Copy in maincase A15-00236-GS
Janet Stafford, Clerk