# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>COOK INLET ENERGY, LLC, et. al.,[1]<br><br>Debtors. | Case No. A15-00236-GS<br>Chapter 11 |
| Charles Gebhardt, Trustee for the Miller Energy Resources Creditors' Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Scott Company Limited Partnership,<br><br>Defendant. | Adversary No. A17-90028-GS |

## ORDER DISMISSING ADVERSARY CASE

On June 8, 2017, the court entered an Order Resolving Trustee's Objection to Claims and Notice of Intent to Dismiss Adversary Case (ECF No. 5). No response having been filed to the notice of intent to dismiss,

**IT IS ORDERED** that this adversary proceeding is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Let judgment be entered accordingly.

Dated:   June 23, 2017

                                                 /s/ Gary Spraker
                                                 GARY SPRAKER
                                                 United States Bankruptcy Judge

Serve:   Aaron Guerrero, Esq.
           Joshua Wolfshohl, Esq., Porter Hedges, 1000 Main St., 36th Floor, Houston, TX  77002
           Amy Giese, Esq., Porter Hedges, 1000 Main St., 36th Floor, Houston, TX  77002
           Janet Stafford, Clerk of Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908).